ROBERT A. DOLINKO, State Bar No. 076256
rdolinko@bakerlp.com
CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
BAKER CURTIS & SCHWARTZ, P.C.
1 California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 433-1064
Fax: (415) 422-9966

Attorneys for Plaintiffs
ERICH HEIDRICH, ERIC KIDD, MARIA
ANGELICA CASTRO and JUSTIN ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH HEIDRICH, ERIC KIDD, and MARIA ANGELICA CASTRO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PENNYMAC FINANCIAL SERVICES, INC.; PENNYMAC MORTGAGE INVESTMENT TRUST; and PRIVATE NATIONAL MORTGAGE ACCEPTANCE CO. (collectively "PENNYMAC"),<br><br>Defendants. | Case No. 2:16−CV−02821−DJC-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Place: Courtroom 10, 13th Floor<br>Judge: District Judge Daniel J. Calabretta |

WHEREAS, on November 17, 2015, a former California-based PennyMac employee, Richard Smigelski, filed a representative ("PAGA") action in Sacramento Superior Court against PennyMac Financial Services, Inc.; PennyMac Mortgage Investment Trust; and Private National Mortgage Acceptance Co. (collectively "PennyMac") (hereafter the "*Smigelski* Action");

WHEREAS, on November 28, 2016, other California-based PennyMac employees, Erich Heidrich, Eric Kidd, and Maria Castro, filed the present case in this Court alleging class, collective (FLSA), and PAGA claims against PennyMac (hereafter referred to as the "*Heidrich* Action");

WHEREAS, there is a substantial overlap between the claims asserted in the *Heidrich* Action and the claims asserted in the *Smigelski* Action;

WHEREAS, the *Heidrich* Action differs from the *Smigelski* Action due to the inclusion of an FLSA claim in *Heidrich* which has never been certified to proceed as a class or collective action;

WHEREAS, the Plaintiffs in the *Smigelski* Action and the California Plaintiffs in the *Heidrich* Action (i.e., Heidrich, Kidd and Castro), after nearly a decade of litigation, reached a settlement (attached hereto as **Exhibit A**) resolving their individual claims and the PAGA claims alleged in both cases;

WHEREAS, Plaintiff Roberson, who is based in Texas and did not work for PennyMac in California, is not a party to the Superior Court-approved settlement – but has entered into an individual settlement with PennyMac;

WHEREAS, the individual settlements are the consequence of a bona fide dispute regarding the existence of FLSA liability, and the *Smigelski* settlement has resulted in each Plaintiff receiving more than PennyMac's exposure with respect to their individual claims under the FLSA alone;

WHEREAS, the U.S. Supreme Court opinion in *Viking River Cruises, Inc. v. Moriana* (2022) 142 S.Ct. 1906, casts serious doubt on the ability of Plaintiffs in this case to proceed with any class or collective action;

WHEREAS, on August 9, 2024, Judge Talley of the Sacramento Superior Court heard the

parties' duly-noticed motion for approval of the PAGA settlement and issued an order granting that motion (a copy of which is attached hereto as **Exhibit B**);

NOW, THEREFORE, Plaintiffs and Defendants in this *Heidrich* Action, by and through their respective undersigned counsel of record, HEREBY STIPULATE that (1) the Plaintiffs' individual claims are dismissed with prejudice; (2) the class and collective claims on behalf of absent persons and the putative class are dismissed without prejudice; and (3) all parties shall bear their own attorneys' fees and costs except as set forth in the Orders issued by the Superior Court in the *Smigelski* Action.

IT IS SO STIPULATED.

DATED: October 28, 2024                  BAKER CURTIS & SCHWARTZ, P.C.


By:  /s/ Chris Baker
     Chris Baker
     Robert A. Dolinko
     Attorneys for Plaintiffs
     ERICH HEIDRICH, ERIC KIDD, MARIA
     ANGELICA CASTRO and JUSTIN ROBERSON

DATED:   October 28, 2024                HILL, FARRER & BURRILL LLP

By:/s/ Warren Higgins
    Sean McLoughlin
    Warren J. Higgins
    Attorneys for Defendants
    PENNYMAC FINANCIAL SERVICES, INC.;
    PENNYMAC MORTGAGE INVESTMENT
    TRUST; PRIVATE NATIONAL MORTGAGE
    ACCEPTANCE CO.

## ORDER

Pursuant to the above Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that (1) the four Plaintiffs' individual claims are dismissed with prejudice; (2) the class and collective claims on behalf of absent persons and the putative class are dismissed without prejudice; and (3) all parties shall bear their own attorneys' fees and costs except as set forth in the Orders issued by the Superior Court in the *Smigelski* Action.

Dated:  October 29, 2024                    /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE